June 8, 2020

The Honorable Mark L. Wolf
U.S. District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA. 02210

Robinson Guzman
Reg. No. 01466-138
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

RE: USA v. ROBINSON GUZMAN
    Docket Number 1:19-cr-10121-MLW

Dear Judge Wolf,

I am the defendant in the above-referenced matter and am presently represented by Leonard Milligan, III. Unfortunately, I have contracted COVID 19 while incarcerated at Wyatt and have notified my attorney that I would like to pursue bond as I suffer from hypertension. This pre-exisitng condition is one that the CDC mentions in their guidelines of people that have a greater likeliness of complications from the virus. That said, if my attorney does not request a bond hearing, I would ask that you schedule one.

I appreciate any consideration the Court may offer.

Sincerely,

*Robinson G*
Robinson Guzman

FILED
IN CLERKS OFFICE

2020 JUN 11  PM 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.